**WAL–MART STORES, INC.,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (RIDER).**

**Petition of Leroy Rider.**

Supreme Court of Pennsylvania.

July 22, 2004.

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Kenneth E. CHASE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v.*

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July 2004, we **GRANT** the Petition for Allowance of Appeal and **CONSOLIDATE** it with *Gardner v. Workers' Compensation Appeal Board (Genesis Health Ventures),* 14 EAP 2004.